# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: US DISTRICT COURT OF NEW HAMPSHIRE

Case Name: _____

Case Number: _____
(if known)

## COMPLAINT

Requested: ☐ Jury Trial (as allowed by law)  ☒ Bench Trial

1. Plaintiff's Name Jacob Farrell ID# 142203    E-mail Address N/A

   Residence Address NSPM 281 North State Street Concord, NH 03302

   Mailing Address (if different) PO Box 14 Concord, NH 03302

   Telephone Number (Home) N/A    (Work) N/A    (Mobile) N/A

2. Defendant's Name Corporal Wienckoski

   Residence Address unknown — Workplace NH State Prison for Men 281 North State Street Concord, NH 03302

   Mailing Address (if different) _____

3. First thing that happened (in one sentence):
   I had photographic evidence of messages sent to me at the prison for use in my Habeus Proceedings, they're proof of blackmail.

4. Second thing that happened (in one sentence):
   Corporal Wienckoski, Mailroom at State Prison for Men rejected photos and returned to sender.

5. Third thing that happened (in one sentence):
   Photos never arrived back at sender - inmatephotos.com service.

Continue on using separately numbered paragraphs (attach additional sheets if necessary).

6. I sent message to her saying I am Prose and there's no lawyer so they need to come to me.

7. She replied I will need a court order to get any evidence sent to me.

NHJB-2688-S (12/16/2013)

8. With the assistance of Case Manager Webber I reached out to clerk of courts in Concord and was told they don't issue court orders for what's considered due process, and that Corporal Wienckoski had no right to deny the photos.

9. As it would be a waste of time to submit my next round of Habeus without the photos as proof of some of the witnesses in my original trial were blackmailed and threatened, the Corporal's actions have further denied me due process and constitute tampering and loss of evidence in a civil case against her employer - Warden Edmark of NHSPM.

Addendum to relief. This situation has cost me time I can't replace and caused me great amounts of stress and anxiety, Mental Health can attest to this. Since the prison defaulted at my first Habeus hearing and my writ was denied, this further disregard for my rights and due process

**Case Name:** _____
**Case Number:** _____
**COMPLAINT**

For the reasons stated in this Complaint, I request that the Court issue the following orders:

A. Describe the orders you want the Court to make:

Compel corporal Wienckoski / mailroom at the prison to let me receive evidence in the mail, in the form Photographic materials and signed affidavits.

B. All other relief the Court deems fair and just.

10/30/2025
Date

*[Signature]*
Signature of Plaintiff or Plaintiff's Attorney

Attorney's Printed Name

Attorney's Address

NH Bar Number

NHJB-2688-S (12/16/2013)